[No. 31365-4-III.   Division Three.   April 21, 2016.]

*In the Matter of the Parenting and Support of* D.W.L.

JAMIE STILLMAN, *Respondent*, v. DOUGLAS C. LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-3-03046-6, Linda G. Tompkins, J., entered November 30, 2012. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 33058-3-III.   Division Three.   April 21, 2016.]

JOSEPH LETTRICK, *Appellant*, v. KRISTINA JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-2-01339-7, Vic L. VanderSchoor, J., entered December 9, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 33778-2-III.   Division Three.   April 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN RAY EDGAR, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 15-1-00009-7, Scott R. Sparks, J., entered August 31, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.